# United States District Court
CENTRAL DISTRICT OF ILLINOIS

FILED
APR 28 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TAYLOR MARTIN, )
)
Plaintiff )
)
vs. )  Case No. _____
)
BAILEY )  *(The case number will be assigned by the clerk)*
_____ )
_____ )
_____ )
_____ )
_____ )
_____ )
_____ )
_____, )
)
Defendant(s) )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[☑] 42 U.S.C. §1983 (state, county or municipal defendants)

[☐] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[☐] Other federal law: _____

[☐] Unknown _____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Tayler Martin

Prison Identification Number: R87695

Current address: P.O. Box 1000
Lincoln, IL 62656

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Bailey

Current Job Title: Correctional Officer

Current Work Address: P.O. Box 1000
Lincoln, IL 62656

Defendant #2:

Full Name: ____

Current Job Title: ____

Current Work Address ____

2

Defendant #3:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

    _____

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

    _____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

    _____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☑   No ☐

If yes, please describe  *I Filed my Law suit Now I'm Refiling my Lawsuit*

3

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑   No ☐

C. If your answer to B is yes, how many? __2__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number

   _____

2. Basic claim made __Excessive use of force__

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) __Its been appealed right now__

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed? Yes ☑ No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  J-15 P.o. box 1000, 62656

Date(s) of the occurrence  July 25

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

On July 25th at 5:00 pm 2020 C/o bailey was not assigned to work J-wing me and C/o bailey were Constantly having arguments He is seen several times on camera coming up to my cell harrassing me making fighting gestures with fellow officers on July 25th at 5:00 pm C/o bailey brought the J-wing back from chow do to trying to harrass me I came out my cell C/o bailey asked me to cuff up I obeyed and followed orders do to the fact I respect officers C/o bailey placed me on the floor platform and his wife Hailey bailey who I had been getting into with as well worked the bubble He looks at her

And then he slammed me face first on the concrete after that I layed on the ground and still complied with the orders even tho my rights were violated I was hand cuffed and I suffered head damage and head trauma I had a large lump on my forehead and I'm afraid of officers and I fear for my life around officers I'm mentally emotionaly and I was physicly damaged after this situation happened I ask to be payed and I ask to be permanetly protected from all correctional officers his behavior showed hate discrimination and also it showed the way male officers and him importantly feel about treating women his behavior before that he have been written up continualy before this previous altercation for harrassing and being more physical and mentaly and emotionaly disrespectful to female inmates I feel that female inmates should not be harmed by male officers because they are women I want Justice

for what Happened to me please help me Reaccount this Situation I want to be payed Immidiatly for what Happened to me I want to be protected physicly and Emotionaly and mentaly from male officers I want Justice for what Happened thank you

## RELIEF REQUESTED

*(State what relief you want from the court.)*

I want to be payed immidiatly for what Happened to me I suffered mentaly in Affairs of male officers, female officers and ADA I want to be protected emotionaly and physicly from male and female officers I shouldn't be Harassed In a place where I should be safe Help me As Soon As possible

**JURY DEMAND**    Yes ☑    No ☐

Signed this ___3___ day of ___28___, 20_21_.

(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Taylor Martin | R87625 |
| Address: | Telephone Number: |
| P.O Box 1000, 62656 | |



Tayler Martin
R87695
P.o Box 1000
62656

United States District Court
100 NE Monroe of
Suit 309
Peoria, Ill
61602

Law Paper Work